UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CV899 RWS |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to continue the scheduling conference currently set for Thursday, July 24, 2014. In support of this motion, plaintiff's counsel states that he may be in trial that day unless his state court case settles. I will deny the motion without prejudice to plaintiff refiling the motion on Monday, July 21, 2014, if his state court case has not yet settled. If plaintiff refiles his motion, he should consult with opposing counsel about proposed alternative dates for the scheduling conference and include those proposed dates in his motion. The joint proposed scheduling order need not be filed on Friday, July 18, 2014, but must be filed on July 21, 2014, if plaintiff does not intend to ask for a continuance. If plaintiff seeks a continuance, the joint proposed scheduling plan filing deadline will be set by further Order of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to continue the scheduling conference [#10] is denied without prejudice to be refiled as set out above. The joint proposed scheduling plan need not be filed on Friday, July 18, 2014, and should be filed in accordance with this Memorandum and Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of July, 2014.