UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WILSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14CV899 RWS |
| WAL-MART STORES EAST I, LP, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The parties' stipulated protective order is before me for my review and approval. Upon consideration,

**IT IS HEREBY ORDERED** that the stipulated protective order [#16] is approved,

**except Paragraph 7. is stricken and replaced with the following:**

7. In the event that counsel for any party determines to file with the Court any pleadings, motions, affidavits, briefs, exhibits, or other papers which contain or make reference to Confidential Information, only the confidential documents themselves shall be filed under seal as exhibits. Otherwise, any pleadings, motions, affidavits, briefs, exhibits, or other papers which make reference to the Confidential Information shall be written in such a way that they can be filed as part of the public record, not under seal. This Protective Order grants leave to file confidential information under seal as exhibits only in compliance with Federal and Eastern District Local Rules.

**IT IS FURTHER ORDERED** that this Memorandum and Order is incorporated into the Stipulated Protective Order and made a part thereof.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2014.