UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14CV899 RWS |
| | ) | |
| WAL-MART STORES EAST I, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This morning, I denied defendant's motion for summary judgment without prejudice in light of the upcoming mediation. However, the parties filed (presumably before seeing that Order) a motion for an extension of the mediation deadlines because of the pending motion. Now that the summary judgment motion has been denied without prejudice, this motion is moot. I suspect, however, that the parties may still need additional time to conduct their mediation since they should have already booked a mediator for a December 31, 2014, completion deadline. Therefore, on the Court's own motion, I will extend the mediation completion deadline to January 30, 2015.

Accordingly,

**IT IS HEREBY ORDERED** that the joint motion for extension of ADR deadlines [#22] is denied as moot.

**IT IS HEREBY ORDERED** that the **ADR deadline in this case is extended January 30, 2015.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2014.